[No. 4819-5-III.  Division Three.  February 10, 1983.]

*In the Matter of* MICHELLE CHRISTINE RENTZ.

*In the Matter of the Marriage of* VIRGINIA C. RENTZ, *Respondent, and* WILLIAM M. RENTZ, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 8009, Bruce P. Hanson, J., entered October 19, 1981. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and McInturff, JJ.